```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
H. W. et al.,                                                    :
                                                                 :
                           Plaintiffs,                           :
                                                                 :        21-cv-8604 (LJL)
            -v-                                                  :
                                                                 :           ORDER
NEW YORK CITY DEPARTMENT OF EDUCATION,                           :
                                                                 :
                           Defendants.                           :
                                                                 :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/20/2022

LEWIS J. LIMAN, United States District Judge:

      The parties are directed to file a status update by July 29, 2022. A case management conference is scheduled for August 30, 2022 at 2:00p.m. The parties are directed to use the Court's teleconference line at 888-251-2909; Access Code 2123101.

      SO ORDERED.

Dated: July 20, 2022
      New York, New York

                                              LEWIS J. LIMAN
                                        United States District Judge