UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
                                                                 :
H. W. et al,                                                      :
                                                                 :
                                   Plaintiffs,                   :
                                                                 :
                       -v-                                       :
                                                                 :
NEW YORK CITY DEPARTMENT OF EDUCATION                            :
et al,                                                           :
                                                                 :
                                   Defendants.                   :
                                                                 :
-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__7/29/2022__

21-cv-08604 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The parties' proposed briefing schedule at Dkt. No. 18 is approved, and the conference scheduled for August 30, 2022 is adjourned *sine die*.

The parties are directed to meet and confer prior to the filing of any motion for summary judgment regarding Plaintiffs' requests for attorneys' fees.  The parties are further ordered to adhere to the following procedures:

- If Plaintiffs file a motion for summary judgment, Plaintiffs shall include a chart indicating the total hours billed for each professional (attorney or paralegal) on each phase of the case (administrative or federal).

- When Plaintiffs' motion for summary judgment is filed, Plaintiffs are to provide Defendants (but need not file with the Court) an itemized chart of billing records (in either word processing or spreadsheet format) where each row of the chart is a separate billing entry and each row of the chart is consecutively numbered.

- If Defendants object to any billing entries, Defendants shall identify their objections next to each billing entry along with the specific basis for each objection (in a separate column).  Overbroad objections or objections made without specificity will be disregarded.  Defendants shall file this chart with its opposition to the motion for summary judgment and shall provide this chart to Plaintiffs in word processing or spreadsheet format.  In the memorandum in opposition to Plaintiffs' motion, Defendants shall refer to the billing entries by row number (but may for convenience address objections made on the identical basis as a group).   Any objections not identified with specificity in the chart shall be deemed to be waived.

- In reply, Plaintiffs' responses to each of Defendants' objections shall be made in a

separate column of the chart.  In reply briefing, Plaintiffs shall refer to the billing entries by row number.

For reference, below please find a sample template for the chart.  (The template is for illustrative purposes only, and the parties may deviate from this template so long as they adhere to the instructions above.)

| Entry # | Billing Entries | | | | | Defendants' Objection | Plaintiffs' Response |
|---|---|---|---|---|---|---|---|
| | Date | Description | Time Billed | Rate | Amount | | |
| 1 | | | | | | | |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |
| . . . | | | | | | | |

SO ORDERED.

Dated: July 29, 2022
        New York, New York

_____
LEWIS J. LIMAN
United States District Judge