UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

H.W., individually and on behalf of M.W., a child with a disability,

                Plaintiffs,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

                Defendant.

21-CV-08604 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

The Court is in receipt of the parties' joint letter, dated October 12, 2022, filed in response to the Court's September 26, 2022 Reassignment Order. ECF No. 32.

The Court grants the parties' request for an extension of their briefing schedule for Plaintiff's motion for summary judgment (ECF No. 20). Defendant's opposition is due by **November 14, 2022**. Plaintiff's reply is due by **December 2, 2022**.

IT IS HEREBY ORDERED that the parties shall appear for a status conference on **November 9, 2022**, at 3:00 p.m. in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007.

If the parties believe they would benefit from a settlement conference before a Magistrate Judge, or mediation through the District's Mediation Program at the close of discovery, they may contact the Court for a referral at that time.

Dated: October 14, 2022
      New York, New York

SO ORDERED.

_Jennifer Rochon_
JENNIFER L. ROCHON
United States District Judge