UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| H.W., individually and on behalf of M.W., a child with a disability,<br><br>                        Plaintiffs,<br><br>     -against-<br><br>NEW YORK CITY DEPARTMENT OF EDUCATION,<br><br>                        Defendant. | 21-cv-08604 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

      As stated during the November 9, 2022 conference: The parties shall file a joint status report by **November 23, 2022** apprising the Court on their settlement efforts. In light of the parties' negotiations, the Court will extend the parties' summary judgment briefing schedule accordingly: Defendant's opposition is due **December 5, 2022**; Plaintiffs' reply is due **December 23, 2022**.

Dated: November 9, 2022
       New York, New York

                                      SO ORDERED.

                                      */s/ Jennifer Rochon*
                                      JENNIFER L. ROCHON
                                      United States District Judge