**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
H.W., et al.,

                Plaintiffs,                      21 **CIVIL** 8604 (JLR)

      -against-                         **JUDGMENT**

NEW YORK CITY DEPARTMENT OF
EDUCATION,
                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 28, 2023, the Court has GRANTED Plaintiffs' motion for summary judgment and is awarded a total of $21,386.29 in reasonable attorneys' fees and costs, along with post-judgment interest; accordingly, the case is closed.

**Dated:**  New York, New York
          August 28, 2023

                                                  **RUBY J. KRAJICK**
                                                _____
                                                    **Clerk of Court**

                              **BY:**     K. Mango
                                                   _____
                                                    **Deputy Clerk**